**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

RAMINDER KAUR,

     Petitioner,

v.

CAROL HARMON et al.,

     Respondents.

Civil Action No. GLR-21-1780

**PETITIONER'S SUPPLEMENTAL BRIEF**

Pursuant to the Court's February 7, 2024 Order, ECF No. 42, Petitioner Raminder Kaur hereby responds to Respondents' March 8, 2024 supplement to the state court record, ECF No. 43, and identifies the exhibits therein that are attached to her Petition for Writ of Habeas Corpus, ECF Nos. 1 (public) and 3 (sealed).

| Motion for New Trial Exhibit Number | Citation to Exhibit in Petition |
| --- | --- |
| State's Exhibit 4 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 3–4; Petition Exhibit B, Part 3 (ECF No. 3-4) at 376–77[1] |
| State's Exhibit 5 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 5; Petition Exhibit B, Part 5 (ECF No. 3-6) at 184 |
| State's Exhibit 6 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 6–7; Petition Exhibit B, Part 3 at 12–13 |
| State's Exhibit 8 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 133–34[2] |
| State's Exhibit 10 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 8–9; Petition Exhibit B, Part 4 (ECF No. 3-5) at 3–4 |

---

[1] In general, any documents marked with a "FOR XXXX" stamp, where "XXXX" is a number between 1 and 1844, can be found in Exhibit B, Part 2 (FOR1–FOR450), Exhibit B, Part 3 (FOR451–FOR910), Exhibit B, Part 4 (FOR911–FOR1397), or Exhibit B, Part 5 (FOR1398–FOR1844).

[2] Counsel for the petitioner could only locate pages 13 and 14 of State's Exhibit 8 in the attachments to the petition.

1

| State's Exhibit 11 | Petition Exhibit B, Part 4 (ECF No. 3-5) at 461–62 |
|---|---|
| State's Exhibit 16 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 10–13 |
| State's Exhibit 17 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 14–18 |
| State's Exhibit 18 | Petition Exhibit A (ECF No. 3-1) at 52–53; Petition Exhibit B, Part 2 (ECF No. 3-3) at 14–15 |
| State's Exhibit 19 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 19–26 |
| State's Exhibit 21 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 27–29; Petition Exhibit B, Part 4 (ECF No. 3-5) at 415–17 |
| State's Exhibit 22 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 30 |
| State's Exhibit 25 | Petition Exhibit A (ECF No. 3-1) at 61–73 |
| State's Exhibit 26 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 237 |
| State's Exhibit 27 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 313–14 |
| State's Exhibit 28 | Petition Exhibit B, Part 4 (ECF No. 3-5) at 11 |
| State's Exhibit 32 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 345 |
| State's Exhibit 34 | Petition Exhibit A (ECF No. 3-1) at 81–84 |
| State's Exhibit 36 | Petition Exhibit A (ECF No. 3-1) at 78–81 |
| State's Exhibit 38 | Petition Exhibit A (ECF No. 3-1) at 84–85 |
| State's Exhibit 39 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 34–46 |
| State's Exhibit 40 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 88–104 |
| State's Exhibit 41 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 166–67 |
| State's Exhibit 42 | Petition Exhibit A (ECF No. 3-1) at 42–45 |
| State's Exhibit 43 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 313 |
| State's Exhibit 44 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 401 |
| State's Exhibit 45 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 304 |
| State's Exhibit 46 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 397 |
| State's Exhibit 47 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 407 |
| State's Exhibit 48 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 331 |
| State's Exhibit 49 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 421 |
| State's Exhibit 50 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 427–430 |
| State's Exhibit 51 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 339 |
| State's Exhibit 52 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 343 |
| State's Exhibit 53 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 447 |
| State's Exhibit 54 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 350 |
| State's Exhibit 55 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 4 |
| State's Exhibit 56 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 9 |
| State's Exhibit 57 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 12–14 |
| State's Exhibit 58 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 14 |
| State's Exhibit 59 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 17 |
| State's Exhibit 60 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 20 |
| State's Exhibit 61 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 24 |
| State's Exhibit 62 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 27 |
| State's Exhibit 63 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 355 |
| State's Exhibit 64 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 357 |
| State's Exhibit 65 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 33–36 |
| State's Exhibit 66 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 360 |

| State's Exhibit 67 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 370–71 |
|---|---|
| State's Exhibit 68 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 450–52 |
| State's Exhibit 69 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 376 |
| State's Exhibit 70 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 379 |
| State's Exhibit 71 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 389 |
| State's Exhibit 72 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 395 |
| State's Exhibit 73 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 78 |
| State's Exhibit 74 | Petition Exhibit B, Part 3 (ECF No. 3-4) at 401–08, 123–24, 79–80, 88–91, 100, 109–110, 407, 409, 419, 426, 443, 447, 450, 456; Petition Exhibit B, Part 4 (ECF No. 3-5) at 5, 8, 11, 18, 21[3] |
| State's Exhibit 76 | Petition Exhibit A (ECF No. 3-1) at 47–48; Petition Exhibit B, Part 5 (ECF No. 3-6) at 285–86. |
| State's Exhibit 77 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 51–86 |
| State's Exhibit 78 | Petition Exhibit B, Part 6 (ECF No. 3-7) at 87 |
| Defense's Exhibit 2 | Petition Exhibit B, Part 1, Attachment 2 (ECF No. 3-2) at 150–160 |
| Defense's Exhibit 4 | Petition Exhibit A (ECF No. 3-1) at 52–53; Petition Exhibit B, Part 2 (ECF No. 3-3) at 14–15 |
| Defense's Exhibit 8 | Petition Exhibit B, Part 2 (ECF No. 3-3) at 18 |

Date: March 18, 2024                    Respectfully submitted,

By: _____

Kevin B. Collins, Md. Bar No. 13131
(kcollins@cov.com)
Cody J. Reeves (creeves@cov.com)
Peter Lu (plu@cov.com)
Elizabeth B. Hall (ehall@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, D.C. 20001-4956
Telephone: (202) 662-6000

*Counsel for Petitioner Raminder Kaur*

---

[3] State's Exhibit 74 is a collection of various emails and email chains, most of which are spread across Exhibit B, Part 3 and Exhibit B, Part 4 at the cited locations. One page from State's Exhibit 74, page 8, is missing from the attachments to the petition.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 18, 2024, I electronically filed the foregoing "Supplemental Brief" through CM/ECF, which causes service to be made on all counsel of record.

By:  _____
Kevin B. Collins