IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAMINDER KAUR, | * | |
| Petitioner | * | |
| v. | * | Civil Action No. GLR-21-1780 |
| ROBERT L. GREEN et al., | * | |
| Respondents | * | |

***

**ORDER**

On July 8, 2026, the Court issued an Order granting habeas relief to Petitioner Raminder Kaur, remanding this matter to the Circuit Court for Montgomery County for a new trial to be held within 120 days, and directing the Parties to file a joint status report within 120 days confirming compliance with the Order. (July 8, 2026 Order at 1–2, ECF No. 79). The Court stayed its judgment for thirty days pending an appeal or, absent an appeal, a decision by the circuit court concerning Kaur's continued confinement. (Id. at 1). The docket reflects that no notice of appeal has been filed. The Court, therefore, will administratively close the case until the end of the 120-day period, at which point the Court will formally close the case, unless the Parties show cause as to why it should not be formally closed. (See id. at 2).

Accordingly, it is this 2nd day of September, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that the Clerk shall ADMINISTRATIVELY CLOSE this case.

/s/
George L. Russell, III
Chief United States District Judge